IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

BRANDON BLANKENSHIP,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:03-0312

JOANNE BARNHART,
Commissioner of Social Security,

        Defendant.

**ORDER**

      This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Defendant's motion to dismiss be granted and this case be dismissed and retired from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant's motion to dismiss and **RETIRES** this case from the docket of this Court, consistent with the findings and recommendation.

      The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                                    ENTER:    June 1, 2006

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE